USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Hosang Lee and Miguel Beato Galvez, *on behalf of themselves and others similarly situated*, <br><br> *Plaintiffs*, <br><br> -v- <br><br> Quimera Restaurant Group LLC, Quimera 999 Atlantic LLC, and Hector Sanz, *jointly and severally*, <br><br> *Defendants*. | Index No.: 1:18-cv-00135-ER <br><br> **DEFAULT JUDGMENT** |

This action having been commenced on January 8, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants Quimera Restaurant Group LLC and Quimera 999 Atlantic LLC, on January 16, 2018, by personally serving Sue Zouky, an Authorized Agent of the Secretary of State of the State of New York, and, further, the Summons and Complaint having been served on Defendant Hector Sanz, by conspicuously affixing true copies of the same to his door on February 5, 2018 and by mailing them to his place of business on February 6, 2018, and proof of service having been filed on May 2, 2018 for all Defendants, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against Defendants, jointly and severally, for a total amount of **$410,013.80**, which includes back wages; liquidated damages; interest at 9% accruing from January 8, 2012 up to this date; statutory penalties; and attorney's fees and costs.

Dated: New York, New York
      July 2, 2018

                                            U.S.D.J.